UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DUSTIN WEDEL, *et al*, § <br> § <br> Plaintiffs, § <br> VS. §    CIVIL ACTION NO. 2:15-CV-93 <br> § <br> VAUGHN ENERGY SERVICES, LLC, § <br> § <br> Defendant. § | |

### BRIEFING SCHEDULE

1. **PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION** is due on **June 26, 2015**.

2. **DEFENDANTS' RESPONSE** is due on **July 17, 2015**.

3. **ORAL ARGUMENTS** are set for **September 2, 2015 at 1:30 p.m.** before United States District Judge Nelva Gonzales Ramos at the United States District Courthouse, Third Floor Courtroom (310), 1133 N. Shoreline Blvd., Corpus Christi, Texas.

4. All pleadings, motions, briefs, memoranda, and requests for affirmative relief should be directed to the Court in pleading form, not correspondence form, through the United States District Clerk in Corpus Christi, Texas:

**United States District Clerk**
**Corpus Christi Division**
**Southern District of Texas**
**1133 N. Shoreline Blvd.**
**Corpus Christi, TX 78401**

You are requested NOT to use the informality of letter briefs, letters citing authorities, or letters requesting continuances or other affirmative relief. Additionally, do not copy the Court on letters between the parties.

ORDERED this 8th day of June, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE