UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DUSTIN WEDEL, Individually and On | § | |
| Behalf of All Others Similarly Situated, | § | |
| Plaintiff, | § | CIVIL ACTION NO: 2:15-cv-00093 |
| | § | |
| v. | § | |
| | § | |
| GYRO TECHNOLOGIES, INC., | § | |
| Defendant. | § | |

**DEFENDANT GYRO TECHNOLOGIES, INC.' OPPOSED EMERGENCY MOTION TO
STAY MAGISTRATE JUDGE JASON LIBBY'S ORDER [D.E. 46] UNTIL
DISTRICT JUDGE NELVA GONZALES-RAMOS RULES ON DEFENDANT'S
EMERGENCY OBJECTIONS [D.E. 48]**

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Defendant Gyro Technologies, Inc., pursuant to Fed. R. Civ. P. 62(b)(4), and

respectfully files this Opposed Emergency Motion to Stay Magistrate Judge Jason Libby's Order dated

October 6, 2015 [D.E. 46], until District Judge Nelva Gonzales-Ramos Rules on Defendant's

Emergency Objections [D.E. 48], Defendant Gyro Technologies, Inc., would respectfully show as

follows:

1.      On September 8, 2015, Defendant's counsel Frederick J. McCutchon filed a Notice of

Vacation requesting that no hearings be scheduled from October 2, 2015, through October 12, 2015.

Defendant's counsel is currently out of the country, and in a remote location of Costa Rica.  [D.E. 36].

Plaintiff's counsel had been notified of Defense counsel's vacation several times by letter, by email

and verbally.

2.      Without prior notice or consultation as required by Local Rule 7.1(D), on October 2,

2015, Plaintiff filed an Emergency Motion for Protective Order and to Expedite and Approve

Conditional Certification and a Corrective Notice to Potential Class Members [D.E. 39].

3.      On October 5, 2015, the Court entered an Order Setting Hearing for October 6, 2015 [D.E. 40].

4.      On October 6, 2015, George Schimmel, of counsel, appeared on behalf of the Defendant.  Counsel explained to the Court that the attorney-in-charge, Frederick J. McCutchon is out of the country and is unable to attend the hearing.

5.      The Honorable Judge Libby agreed that aspects of the Plaintiff's motion should be defended by Mr. McCutchon, and that a hearing would be set for October 19, 2015, to hear the merits of Plaintiff's motion.   Notwithstanding such recognition by the Court that the Motion should be defended by Mr. McCutchon, Magistrate Judge Libby proceeded to state that he was "concerned about the settlement offers" made by Defendant, followed by a characterization of such actions as "problematic," and then, "more than problematic." Following the hearing, the Court issued an Order [D.E. 46] which in tone and tenor comments prejudicially on Defendant's action, and on Mr. McCutchon as counsel for Defendant, and is tantamount to judicial findings wholly prejudicial to Mr. McCutchon's right to defend Plaintiff's motion.

6.      Defendant respectfully requests this Court rule on Defendant Gyro Technologies, Inc.'s Emergency Objections to Magistrate Judge Libby's Order [D.E. 46], and until such ruling, that the Magistrate Judge's Order be stayed.  Under Federal Rule of Civil Procedure 72, the District Judge may set aside the Magistrate's Order if the Judge determines that it is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).  The "clearly erroneous" standard requires that the Judge affirm the decision of the magistrate judge unless "on the entire evidence the reviewing court is left with a definite and firm conviction that a mistake has been committed." *United States v. United States Gypsum Co*., 333 U.S. 364, 395, 68 S.Ct. 525, 92 L.Ed. 746 (1948)); *See also* Fed.R.Civ.P. 72(a).

7.      This request is not for delay, but in order that justice may be done.

8. The Defendant will be irreparably harmed if required to comply with the Magistrate Judge's Order [D.E. 46], and to such extent should be afforded the right to file objections and obtain a ruling from this Court prior to compliance.

WHEREFORE, PREMISES CONSIDERED, the Defendant Gyro Technologies, Inc., prays that the Court will stay Order D.E. 46 until Defendant's Emergency Objections [D.E. 48] have been heard and ruled on by this Honorable Court.

<u>**CERTIFICATE OF CONFERENCE**</u>

The undersigned conferred with counsel on October 7, 2015, and he is opposed to this motion.

Respectfully submitted,
**WOOD, BOYKIN & WOLTER, P.C.**
Of Counsel
By:  /s/ V.G. Schimmel
Frederick J. McCutchon
**Attorney in Charge**
Federal I.D. No. 9245
State Bar No. 13512800
Of Counsel:
George Schimmel
Federal I.D. No. 2338068
State Bar No. 24033039
615 N. Upper Broadway, Suite 1100
Corpus Christi, Texas 78477
(361) 888-9201
(361) 888-8353 (facsimile)
fjm@wbwpc.com
vgs@wbwpc.com
**ATTORNEYS FOR DEFENDANT**
**GYRO TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of October 2015, a true and correct copy of the foregoing has been forwarded to all parties as indicated below.

***Via Electronic Mail and Via cm/ecf system):***

Michael A. Josephson
Lindsey R. Itkin
Andrew W. Dunlap
Fibich, Leebron, Copeland, Briggs & Josephson
1150 Bissonnet Street
Houston, Texas 77005
(713) 751-0025
(713) 751-0030 – fax
mjosephson@fibichlaw.com
litkin@fibichlaw.com
adunlap@fibichlaw.com

Richard J. (Rex) Burch
Bruckner Burch P.L.L.C.
Fed Id. 21615
State Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788
(713) 877-8065 – fax
rburch@brucknerburch.com

**Attorney for Plaintiffs**

                         _/s/*V.G. Schimmel*_____
                         V. G. Schimmel