UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DUSTIN WEDEL, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-00093 |
| | § | |
| VAUGHN ENERGY SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's "Order Approving FLSA Settlement and Stipulation of Dismissal of Lawsuit" (D.E. 95), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 21st day of March, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE